**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1018**

_____

BETTY PORTER ALLEN,

              Plaintiff – Appellant,

      v.

JAMES ANTHONY PERRI, M.D.; PIEDMONT EMERGENCY MEDICINE
ASSOCIATES, PA, a dissolved North Carolina Corporation;
CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas
HealthCare System; CAROLINAS MEDICAL CENTER-UNIVERSITY, a
facility of the Charlotte-Mecklenburg Hospital Authority,

              Defendants – Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:10-cv-00666-GCM)

_____

Submitted:  March 14, 2011        Decided:  March 31, 2011

_____

Before NIEMEYER, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Betty Porter Allen, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Betty Porter Allen appeals the district court's order granting leave to proceed without prepayment of fees and dismissing this action alleging medical malpractice and negligence for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Allen v. Perri, No. 3:10-cv-00666-GCM (W.D.N.C. Jan. 4, 2011). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED